Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:   (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by Reference *[Doc. 364]*. Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Richard Smith

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of consortium claim:

   Georgia Smith

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) of residence at the time of implant:

   Michigan

5. Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

   Michigan

6. Plaintiff's current state(s) of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Michigan

8. Defendants against whom Complaint is made:

   ☒   C.R. Bard, Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

03/28/2011

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability — Manufacturing Defect

☒ Count II: Strict Products Liability — Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability — Design Defect

☒ Count IV: Negligence — Design

☒ Count V: Negligence — Manufacture

☒ Count VI: Negligence — Failure to Recall/Retrofit

☒    Count VII:     Negligence — Failure to Warn

☒    Count VIII:    Negligent Misrepresentation

☒    Count IX:      Negligence *Per Se*

☒    Count X:       Breach of Express Warranty

☒    Count XI:      Breach of Implied Warranty

☒    Count XII:     Fraudulent Misrepresentation

☒    Count XIII:    Fraudulent Concealment

☒    Count XIV:     Violations of Applicable Michigan Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒    Count XV:      Loss of Consortium

☐    Count XVI:     Wrongful Death

☐    Count XVII:    Survival

☒    Punitive Damages

☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

4

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

Respectfully submitted this July 21, 2017.

/s/ Marlene J. Goldenberg
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

I hereby certify that on July 21, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing.

/s/ Marlene J. Goldenberg